IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CHINA LIFE INSURANCE COMPANY, as assignee of LERADO GROUP CO., LTD.; LERADO GROUP (HOLDING) COMPANY LTD.; LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD.; LERADO CHINA LIMITED; and LERADO H.K. LIMITED;**<br><br>Plaintiff/Counter-Defendant,<br><br>vs.<br><br>**BABY TREND, INC.,**<br><br>Defendant/Counter-Claimant. | **8:18CV213**<br><br>**ORDER** |

Upon review of the notice of settlement filed by counsel for the parties (Filing No. 69),

**IT IS ORDERED:**

1. On or before **November 30, 2020**, the parties shall electronically file a joint motion for approval of their stipulated settlement and provide a draft order to the trial judge for his signature;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 13th day of October, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge