IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHINA LIFE INSURANCE COMPANY, as Assignee of LERADO GROUP CO., LTD.; LERADO GROUP (HOLDING) COMPANY LTD.; LERADO (ZHONG SHAN) INDUSTRIAL CO., LTD.; LERADO CHINA LIMITED; AND LERADO H.K. LIMITED;<br><br>               Plaintiff/Counter-Defendant,<br><br>vs.<br><br>BABY TREND, INC.,<br><br>               Defendant/Counter-Claimant. | 8:18CV213<br><br>ORDER APPROVING JOINT MOTION FOR APPROVAL OF CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE |

      The matter before the Court is the Parties' Joint Motion for Approval of Confidential Settlement Agreement and General Release (the "Settlement"). Upon review of the Settlement Agreement, the docket in this matter, including all related pleadings and exhibits, the Court finds that said motion should be GRANTED.

      The Court FINDS that, pursuant to the warranties and representations as set out in the Settlement, all Counsel have authority and authorization to enter this Settlement on behalf of their clients;

      The Court FINDS that, pursuant to the representations and warranties as set out in the Settlement, no Party has assigned or otherwise transferred any Claim that they have against one another, apart from the known assignment from the Lerado Entities to Plaintiff;

      IT IS ORDERED that Defendant shall tender to Plaintiff's Counsel, a check, money order, or other funds payable to the Heidman Law Firm Trust Account in the total amount of the agreed upon settlement amount contained in the Confidential Settlement Agreement and General Release (the "Payment"). The Payment shall be made within fourteen (14) days of the entry of this Order (the "Settlement Payment Date").

      IT IS FURTHER ORDERED that within five (5) days of the Settlement Payment Date, Plaintiff and Defendant shall both file a notice of dismissal with this Court, both of which are subject to the Court's approval and subsequent order permitting the same.

IT IS FURTHER ORDERED that the Parties have released all claims that any Party knows about and all claims that any or all of them may not presently know about, to the extent permitted by law related in any way to the design and manufacture of the car seat in *Ribeiro, et al. v. Lerado, et al.,* (Case No. 12-CV-00204-JFB-FG3) ("the Underlying Action").

IT IS FURTHER ORDERED that this Settlement is not and shall not be treated as an admission of liability or wrongdoing by any Party for any purpose. Neither this Settlement nor compliance with this Settlement, nor any related negotiations, settlements, or court proceedings, shall constitute or be construed as, offered as, received as, used as, or deemed to be evidence of an admission or concession of any liability or wrongdoing whatsoever on the party of any person or entity.

IT IS FURTHER ORDERED that no amendments or modifications of this Settlement are permitted unless they are in writing, signed by duly authorized representatives of the Parties, and approved by this Court.

IT IS FURTHER ORDERED that judgment is hereby entered in accordance with this document and the terms of the Settlement. Such judgment constitutes a final judgment under Federal Rule of Civil Procedure 54.

SO ORDERED.

Dated this 22nd day of December, 2020.

BY THE COURT:

*[signature]*

Senior United States District Judge