IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHINA LIFE INSURANCE COMPANY, as assignee of;<br><br>Plaintiff,<br><br>vs.<br><br>BABY TREND, INC.,<br><br>Defendant. | **8:18CV213**<br><br>**ORDER** |

This matter is before the Court on the joint motion for dismissal of all claims and counterclaims in this case. Filing No. 74. The Court having reviewed the request finds it should be granted. Therefore, the joint motion to dismiss with prejudice, Filing No. 74, is granted.

Dated this 22nd day of December, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge